UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHANG LIM,

    Plaintiff Pro Se,

v.

    Case No. 10-cv-14080

    Paul D. Borman
    United States District Judge

CHISATO NOJIRI AND TERUMO
AMERICAS HOLDINGS, INC.,
KEITH PROCTOR, BILL PINON AND
TERUMO HEART, INC.,
GAEL TISACK AND TERUMO
CARDIOVASCULAR SYSTEMS,

    Defendants.
_____/

## ORDER REQUESTING LIMITED SUBMISSION OF DOCUMENTARY EVIDENCE

On March 16, 2011, this Court held a hearing on Defendants' motion to dismiss for lack of subject matter jurisdiction and received testimony and evidence regarding Plaintiff's domicile. Plaintiff indicated to the Court that during his time of employment with Defendants, and up until the time that he filed his Complaint in this matter, each of his paychecks from Defendants was direct deposited into his checking account in Virginia and that Plaintiff never established a checking account in the State of Michigan. Plaintiff also represented to the Court that he continues to own his Virginia home and implied that he never intended or attempted to sell his Virginia residence.

Plaintiff is ORDERED to file with the Court, on or before March 31, 2011, documentary evidence, NO LEGAL ARGUMENT, establishing the facts that:

(1) Every paycheck Plaintiff received from Defendants was deposited into Plaintiff's

1

Virginia checking account and Plaintiff never opened a Michigan checking account; and

(2) Plaintiff never listed or attempted to sell his Virginia home in 2010.

Defendants will be permitted to offer rebuttal evidence, NO LEGAL ARGUMENT, on or before April 14, 2011, specifically related to any submission by Plaintiff in response to this Order. IT IS SO ORDERED.

S/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: March 17, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 17, 2011.

S/Denise Goodine
Case Manager

2